# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:18-cr-213-7 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| HECTOR ABEL RODRIGUEZ-GONZALEZ, | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge George J. Limbert's Report and Recommendation that the Court ACCEPT Defendant Hector Abel Rodriguez-Gonzales ("Defendant") plea of guilty and enter a finding of guilty against Defendant. (Doc. No. 99.)

On June 5, 2018, the government filed a Superseding Indictment against Defendant. (Doc. No. 11.) On April 8, 2019, this Court issued an order assigning this case to Magistrate Judge Limbert for the purpose of receiving Defendant's guilty plea. (Doc. No. 96.)

On April 9, 2019, a hearing was held in which Defendant entered a plea of guilty to Count 1 of the Superseding Indictment, charging him with Conspiracy to Possess with Intent to Dsitribute and Distribute Cocaine, in violation of 21 U.S.C. Sections 846, 841(a)(1) and (b)(1)(B), and to Count 6 of the Superseding Indictment, charging him with Distribution of Cocaine, in violation of 21 U.S.C. Section 841(a)(1) and (b)(1)(B). Magistrate Judge Limbert received Defendant's guilty plea and issued a Report and

Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Doc. No. 99.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that he understands his constitutional rights, that he is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the Defendant's plea of guilty is APPROVED.

Therefore, the Defendant is adjudged guilty of Counts 1 and 6 of the Superseding Indictment in violation of 21 U.S.C. Sections 846, 841(a)(1) and (b)(1)(B) and 21 U.S.C. Section 841(a)(1) and (b)(1)(B). The sentencing will be held on July 17, 2019 at 2:00 p.m.

**IT IS SO ORDERED**.

Dated: April 26, 2019

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**